UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Mario JUAREZ,<br>Defendant. | Magistrate Case No. **26-mj-01779**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br><br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about, March 16, 2026, within the Southern District of California, defendant, Mario JUAREZ, an alien, who previously had been excluded, deported and removed from the United States to Guatemala, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by referen

Diana B. Alvarado, Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1 ON MARCH 30, 2026.

Barbara L. Major
HO[illegible] MAJOR
United States Magistrate Judge

# PROBABLE CAUSE STATEMENT

On March 16, 2026, the defendant identified as Mario JUAREZ, was arrested by the Oceanside Police Department, in San Diego County, California, for violation of California Vehicle Code, Section(s): 23152(A) "DUI ALCOHOL," 23152(B) "DUI ALCOHOL/0.08 PERCENT." JUAREZ was booked into the Vista Detention Center. While in the custody of county jail, the San Diego Sheriffs took JUAREZ' fingerprints. Those fingerprints matched an existing Federal Bureau of Investigation (FBI) number associated with JUAREZ. Based on the data linked to JUAREZ' FBI Number, a Deportation Officer with Immigration and Customs Enforcement (ICE); Enforcement and Removal Operations (ERO), ran checks through law enforcement databases and determined JUAREZ to be a citizen of Guatemala, who was previously removed from the United States to Guatemala. The Deportation Officer placed a DHS Form I-247A, "IMMIGRATION DETAINER- NOTICE OF ACTION," pending his release from local custody. The San Diego Sheriffs Office did not honor the immigration detainer and released JUAREZ without notifying ICE/ERO.

A review of official immigration database record checks revealed JUAREZ was ordered removed by an Immigration Judge on November 20, 2018, and physically removed to Guatemala on December 12, 2018, via the Phoenix, Arizona Port of Entry.

A review of official immigration database records including Central Index System (CIS), and Enforcement and Removal Module (EARM) indicate JUAREZ has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.